ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 12 2007
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>DALLAS COUNTY, TEXAS; )<br>LUPE VALDEZ, )<br>SHERIFF OF DALLAS COUNTY, TEXAS )<br>(in her official capacity), )<br>)<br>DEFENDANTS. )<br>) | Civil No. _____<br><br>3 07 CV 1559 - N |

**CERTIFICATE OF INTERESTED PERSONS**

As counsel for the United States of America, I hereby certify pursuant to Local Rule 3.1(f) of the Northern District of Texas that the following are interested parties in this case:

1. United States of America, plaintiff;

2. Dallas County, Texas, and Lupe Valdez, defendants.

RICHARD B. ROPER
United States Attorney

JOHN R. PARKER
Texas Bar No. 00784721
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas  75242-1699
Telephone:  (214) 649-8600
Facsimile:   (214) 767-2916

September 12, 2007