ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 15 2008
CLERK, U.S. DISTRICT COURT
By_____ Deputy

## Inmate Declaration

Re: Dallas County Texas Jail
Deadly Conditions of Confinement

United States v. Dallas Co. Texas
N.D. Tex USDC Case No.#: 3:07-cv-01559

I, Lakeith Amir-Sharif, TDCJ #1505969 being presently incarcerated in the Texas penal system [J.H. Byrd Unit], declare under penalty of perjury that the following statements are true and correct based on my personal knowledge:

1.) A copy of this document is being sent to the federal court judge presiding over the above-referenced case, and to Adan Munoz, Jr., Executive Director, Texas Commission on Jail Standards.

2.) I suffer from chronic illnesses that have been made known to the defendants in the referenced federal lawsuit, upon my arrival to the Dallas County Jail on August 28, 2008.

3.) As a result of my own federal litigation

(1 of 3)

3.) cont- against the same defendants about health and safety violations, they knew or should of known of my chronic care needs and responded appropriately.

4.) From August 28, 2008 to September 25, 2008, at which time I was transferred from the Dallas County Jail back to TDCJ, I "NEVER" received any medications.

This is despite the fact that I brought with me my medications, for epileptic seizures, asthma, T.B., genital warts, oral ulcers and chest pains, and they were given to book-in staff.

5.) Moreover, all my grievances went ignored and this includes my September 02, 2008, letter of complaint to Parkland Hospital - Onsite Director Mr. Patrick Jones.

6.) This lapse in care, particularly of someone as myself, is unacceptable and unnecessarily exposed me to potentially life-threatening harm. It further illustrates the deliberate indifference of jail staff to my health and safety, and that of others confined there.

7.) I "NEVER" received any follow-up and was forced to sleep on the floor beside

(2 of 3)

7.) cont - the toilet because no procedure was in place, or was followed, to ensure [low-bunk, low-floor] standard seizure precaution protocol was followed by jail staff responsible with housing assignment duties.

8.) There remains serious mold contamination [and ~~trash~~] in the heating ventilation and air-conditioning system, thus exposing myself and others to another source of Legionnaires' Disease.

9.) Some cells, especially in the jail's North Tower has so much trash cluttered inside the ventilation system that little to no air can properly circulate in the affected cells.

10.) Cleaning supplies are issued but mops are not being adequately cleaned out by trustees between uses. Also trustees are not being made to wash hands and wear clean clothing before handling food served.

Dated on: October 06, 2008

Laketh Amir-Sharif (#1505969)
Byrd Unit, 21 F.M. 247
Huntsville, TX 77320

(3 of 3)

October 06, 2008

United States District Court
Northern District Of Texas
Attn: Office Of The Clerk
1100 Commerce Street
Dallas, Texas 75242-1699

Re: Case No. 3:07-cv-1559-N   U.S. v. Dallas Co. Texas
Exhibit Submitted For Filing - Dallas Jail Conditions

Dear Clerk:
Please file the enclosed Declaration in the above-referenced case as an Exhibit.

Thank You,

Lakeith Amir-Sharif (#1505967)
J.H. Byrd Unit, 21 F.M. 247
Huntsville, Texas 77320

LAS/(1) Enclosure

cc: Prison Legal News.com
    Austin-American Statesman
    U.S. Dept. Of Justice - Special Litigation Section

LaKeith Amie Thoit (#1505976)
J.H. Byrd Unit
21 F.M. 247
Huntsville, Texas 77320

Legal Mail

U.S. District Court
Office of The Clerk
Northern District of Texas
1100 Commerce Street
Dallas, Texas

RECEIVED
OCT 15 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS